U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG 26 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ATTA NAJJAR | CIVIL ACTION NO. 07-2174<br>SECTION P |
| VS. | JUDGE MINALDI |
| IMMIGRATION AND CUSTOMS<br>ENFORCEMENT, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. In the alternative, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that the Motion to Dismiss for Lack of Jurisdiction [Doc. 8] be, and is hereby GRANTED.

IT IS FURTHER ORDERED that the Petition for a Writ of Habeas Corpus [Doc. 1] be, and is hereby DENIED as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 26 day of Aug, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE